TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER (Cal Bar No. 222875)
Assistant United States Attorney
Asset Forfeiture Section
     United States Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3172
     Facsimile: (213) 894-0142
     E-mail:   Katie.Schonbachler@usdoj.gov

Attorneys for
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF $381,370.00 IN U.S. CURRENCY, $80,000.00 IN U.S. CURRENCY, $267,907.89 IN BANK FUNDS, $30,622.50 IN BANK FUNDS, $21,182.07 IN BANK FUNDS, and 26 ASSORTED PRECIOUS METALS | Case No. 2:22-CM-00088<br><br>STIPULATION TO EXTEND THE CIVIL FORFEITURE COMPLAINT FILING DEADLINE |

    On or about November 29, 2021, the Drug Enforcement Agency ("DEA") seized $381,370.00 in U.S. Currency, $80,000.00 in U.S. Currency and 26 assorted precious metals. On or about December 12, 2021, the DEA seized $267,907.89 in Bank Funds, $30,622.50 in Bank Funds, and $21,182.07 in Bank Funds.  The property seized on November 29, 2021 and December 12, 2021 is collectively referred to as "the seized property".  The seized property was seized on the ground that

it constitutes or is traceable to one or more violations of Title 21 of the United States Code. If the seized property constitutes or is traceable to these violations, it is subject to forfeiture to the United States.

Sandeep Singh Wadhwa ("claimant"), through his counsel, denies that the seized property was involved in said crimes, and has timely submitted administrative claims with the DEA, contesting the forfeiture of the seized property.

The DEA has referred this matter to the U.S. Attorney's Office for the Central District of California for civil judicial forfeiture consideration.  Pursuant to 18 U.S.C. § 983(a)(3)(A)-(C), the deadline for filing a civil forfeiture complaint against the property seized on November 29, 2021 is May 15, 2022, and the deadline for filing a civil forfeiture complaint against the property seized on December 12, 2021 is May 23, 2022, but the statute provides for an extension of that date by court order upon agreement of the parties.

By this stipulation, the parties seek to continue the deadlines for filing a civil forfeiture complaint against the seized property because the parties would like additional time to discuss if a pre-filing resolution is possible.

///

IT IS THEREFORE STIPULATED by and between the United States and counsel for claimant, that the government's time to file a civil forfeiture complaint in connection with the seizures of all of the seized property be extended up to and including July 29, 2022.

Dated: May 10, 2022           Respectfully submitted,

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section


  /s/Katharine Schonbachler
KATHARINE SCHONBACHLER
Assistant United States Attorney

Attorneys for
UNITED STATES OF AMERICA

Dated: May 9, 2022            ALALEH KAMRAN, ATTORNEY AT LAW

  /s/per email auathorization
ALALEH KAMRAN, ESQ.

Attorney for Claimant
SANDEEP SINGH WADHWA

**PROOF OF SERVICE**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On **May 10, 2022,** I served a copy of: **STIPULATION TO EXTEND THE CIVIL FORFEITURE COMPLAINT FILING DEADLINE** on each person or entity named below.

☑ By Electronic Mail: By transmitting said document(s) to the email address(es) listed below.

**TO:  Alaleh Kamran, Attorney at Law
A Professional Corporation
15760 Ventura Blvd, 16th Floor
Encino, CA 91436
alalehkamran@alalehkamran.com**

**Attorney for Claimant
Sandeep Singh Wadhwa**

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this Court, at whose direction the service was made, and that the foregoing is true and correct.

Executed on **May 10, 2022,** at Los Angeles, California.

                                         /s/Tara B. Vavere
                                         TARA B. VAVERE
                                         Paralegal, FSA